FILED: May 24, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4562
(5:13-cr-00072-RLV-DSC-1)
_____

UNITED STATES OF AMERICA

　　Plaintiff - Appellee

v.

REGINALD LAMORAS BROWN

　　Defendant - Appellant

_____

O R D E R
_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

　　　　　　　　　　For the Court

　　　　　　　　　　/s/ Patricia S. Connor, Clerk