UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4562
(5:13-cr-00072-RLV-DSC-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

REGINALD LAMORAS BROWN

    Defendant - Appellant

_____

M A N D A T E
_____

The judgment of this court, entered 4/19/2016, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                      */s/Patricia S. Connor, Clerk*